

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-18-00190-CV

---

IN RE: THE COMMITMENT OF MARK HANSON

---

On Appeal from the 87th District Court
Freestone County, Texas
Trial Court No. 16-090B, Honorable Patrick H. Simmons, Presiding

---

September 19, 2018

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellant Mark Hanson, proceeding *pro se*, filed a notice of appeal from the trial court's *Order on Unauthorized Petition for Release from Civil Commitment*. Hanson's brief was originally due August 13, 2018, but was not filed. By letter of August 22, 2018, we notified Hanson that his brief was overdue and admonished him that failure to file a brief by September 4 would result in dismissal of the appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b). To date, Hanson has not filed a brief or had any further communication with the Court.

Accordingly, we dismiss the appeal for want of prosecution.

Per Curiam